21,905-73

Applicant Darnell Hartsfield. Prays That This Court. Will Order The 4th District Court of Rusk, Co. To Grant Applicant A Independ-Ant. DNA TEST, And Afoint Counsel.

Respectfully Submitted This ___11___ of May 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 15 2015

Abel Acosta, Clerk

Darnell Hartsfield
Darnell Hartsfield 1539158
Eastham Unit, 2665
Prison Rd #1
LoveLady Texas 75851

I. Darnell Hartsfield. do Hereby Under Penalty of Perjury That The Facts Contained In This Writ of Mandamus Are True And Correct. I Attest To The By Signing Below.

Darnell Hartsfield

Certificate of Service

I. Darnell Hartsfield. Hereby Certify. That 4 Requests Has Been filed, In The Trail Court for DNA Testing And Afointment of Counsel.

Darnell Hartsfield
Applicant

Eastham Unit, 2665
Prison Rd. #1
LoveLady, Tx. 75851

## Motion for Leave To File
## Petitioner Original Writ of
## MandaMus.

### 1.

Petitioner Filed A DNA TEST Motion. Asking To Be Granted Permission. To Have A IndePendant TEST Done. Under Actual Innocent Claim. APPlicant APeal Is Based Under Actual Innocence.

### 2.

APPlicant: Was Never Allow To Redress DNA Biological or Material. Under Artical 64 A Convicted Person of CaPitol Murder. Has A Right To Be Tested.

### 3.

In 2013 Governer Rick Perry, Signed Into Law House Bill 487 Called Law And Order Bill. To In Sure Justic Be Served Fairly.

Applicant Has filed four Motions.
Requesting Independant DNA Testing.
The Judge Is Prejudiced And Bais Toward Applicant. And further Believes That The Judge Honorable Clay Gossip of The 4th District Court of Rusk Co. Henderson, Tx And Therefore There Is A Good Chance Darnell Hartsfield Is Ignocent. Under House Bill 487 Signed Into Law In 2013 Known As Law And Order Bill Allowing All Biological And Material Evidence To Be Redress. And Darnell Hartsfield Ask This Court. To Order The Judge To Grant This Motion. Of A DNA Test, Respond To Motion. And Not Use His Personal Haterd To Applicate, But To follow The letter of The law.

Applicant: Darnell Hartsfield Respectfully Ask This Court To Order, To order The 4th District Court of Rusk Co. Texas To Respond And Grant DNA Test Request... Under House Bill 487 Signed Into law In 2013 By Gov. Rick Perry. Allowing The Redress of All Biological Materials Thats up Holding A Convection. My APeal Is Under Actual Innocence. Where There Is A very Good Reasonable of Doubt.

Applicant, Has Been Patient And Suffered Pain
And loss... And Ask, That He Be Given Equal
Opportunty Under The Law To Prove My Innocence,
I Beleive That A DNA Test Will Prove It.
And That Who The Judge Has Denize 4 Requests.

Respeckfully Submitted.
Darnell Hartsfield
Eastham Unit # 1539158
2665 Prison Rd # I
Lovelady, Tx 75851